U.S. DISTRICT COURT
UNITED STATES DISTRICT COURT      DISTRICT OF N.H.
FOR THE DISTRICT OF NEW HAMPSHIRE      FILED

2012 FEB -1  P 12: 36

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | DOCKET NO. 11-mj-068-01-LM |
| | ) | |
| EDGAR ROSE JR. | ) | |
| | ) | |

## MOTION TO WITHDRAW

Now comes counsel for the Defendant in the above titled matter and respectfully requests this Honorable Court allow this Motion to Withdraw.

As reason therefore, counsel for the Defendant asserts that he is currently dealing with a personal issue. As a result, it would be in the Defendant's best interest to secure other counsel who will be able to ensure the defendant is zealously and effectively represented.

Respectfully submitted,

/s/ Alexander R. Cain
Alexander R. Cain
The Law Offices of Alexander R. Cain
300 High Street
Andover, MA 01810
(978) 475-3988
cainlawoffices@verizon.net
NHB# 17282

Date: January 31, 2012

## Certificate of Service

      I, Alexander R. Cain, hereby certify that on _____, a true copy of the above document was caused to be served to the offices of the United States Attorney's Office by CM/ECF.

                                              /s/ Alexander R. Cain
                                              Alexander R. Cain